SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
Facsimile:  (408) 535-5081

Attorneys for Federal Defendant
Jacob Perez

FILED
2007 NOV 30  P 2: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR    E-FILING    Fee Waived

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL COOK,

    Plaintiff,

v.

JACOB PEREZ,

    Defendant.

C07 06068 RS

**NOTICE OF REMOVAL**

TO:    Clerk, Superior Court of California
County of Santa Clara
Small Claims Division
191 N. 1st Street
San Jose, California 95113

Michael Cook
California State Prison
P.O. Box 290066
Represa, California 95676

PLEASE TAKE NOTICE that on this day Small Claims Case No. 4-07-SC-025522 pending in the Santa Clara County Superior Court is being removed to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 2679(d)(2) on behalf of federal defendant Jacob Perez. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

NOTICE OF REMOVAL
Cook v. Perez    1

1. On October 1, 2007, plaintiff Michael Cook filed a small claims suit for damages in the Santa Clara County Superior Court against Jacob Perez, an employee with the Social Security Administration in San Jose, California. Plaintiff seeks $5,000.00 for breach of contract, and for the amount of property retained.

2. Copies of the small claims documents are attached as Exhibits A pursuant to 28 U.S.C. § 1446(a). This document constitutes the only process, pleading, or order which have been received. Trial in small claims court is set for December 3, 2007 at Santa Clara County Superior Court, Los Gatos Facility, 14205 Capri Drive, Los Gatos, CA 95032, at 1:00 p.m.

3. This action must be removed to this Court for the reason that at all times relevant to the complaint, federal defendant Jacob Perez was acting within the scope of his employment with the Social Security Administration within the meaning of 28 U.S.C. § 2679(d)(2). This court has original jurisdiction over plaintiff's claim against federal defendant Perez.

4. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. The United States Attorney is delegated under 28 C.F.R. § 15.3 to make the certification provided for in 28 U.S.C. § 2679(d)(2). The Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Jacob Perez was acting within the course and scope of his employment. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

5. Upon removal the United States is automatically substituted for federal defendant Jacob Perez, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

//
//
//
//

NOTICE OF REMOVAL
Cook v. Perez                    2

1  6. A copy of this Notice is being filed with the Clerk of the Santa Clara County Superior
2  Court. That filing will automatically effect the removal of the action in its entirety to this Court
3  for all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DATED: November 30, 2007          By: _____
JAMES A. SCHARF
Assistant United States Attorney

NOTICE OF REMOVAL
Cook v. Perez                                3

**ATTACHMENT A**

NOV-27-2007 16:42                                                                                                          P.02/04

**SC-100**    Plaintiff's Claim and ORDER
              to Go to Small Claims Court

**SERVICE COPY**
*Clerk stamps date here when form is filed.*

**(ENDORSED) FILED**
OCT 01 2007
KIRI TURRE
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
BY ___David Pinheir___ DEPUTY

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*
Superior Court of California, County of
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
LOS GATOS COURTHOUSE
STREET ADDRESS: 14205 CAPRI DRIVE, LOS GATOS CA
MAILING ADDRESS: 191 N. FIRST ST, SAN JOSE CA 95113**

*Clerk fills in case number and case name:*
Case Number: **1-07SC025522**
Case Name:

**Order to Go to Court**                                    **SERVICE COPY**

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 12-03-07 | 1:00pm | 97 | Superior Court |
| 2. | | | | Los Gatos Facility |
| 3. | | | | ~~14205 Capri Drive~~ |
| | | | | Los Gatos, CA 95032 |

Date: 10-02-07     Clerk, by ___David Pinheir___, Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: www.courtinfo.ca.gov/forms
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(d)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5    →

7409-1    1/07

NOV-27-2007 16:42                                                                 P.03/04

|                                                          | Case Number: 407SC025522 |

Plaintiff (list names): _____

① The Plaintiff (the person, business, or public entity that is suing) is:
Name: Michael Cook                                        Phone: (   )
Street address: _____ Street _____ City _____ State _____ Zip
Mailing address (if different): C/o Sacramento P.O. Box 900606 Tecesa CA 96?

If more than one Plaintiff, list next Plaintiff here:
Name: _____                                      Phone: (   )
Street address: _____ Street _____ City _____ State _____ Zip
Mailing address (if different): _____ Street _____ City _____ State _____ Zip

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.
☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

② The Defendant (the person, business, or public entity being sued) is:
Name: Jacob Perez Also Agent for Service party             Phone (   )
Street address: 280 S. First Street Room 249 San Jose CA 95113
Mailing address (if different): _____ Street _____ City _____ State _____ Zip

If more than one Defendant, list next Defendant here:
Name: _____                                      Phone: (   )
Street address: _____ Street _____ City _____ State _____ Zip
Mailing address (if different): _____ Street _____ City _____ State _____ Zip

☐ Check here if more than 2 Defendants and attach Form SC-100A.
☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

③ The Plaintiff claims the Defendant owes $ 5,000 . (Explain below):
a. Why does the Defendant owe the Plaintiff money? Due to breach of Contract Also amount of property retained.

b. When did this happen? (Date): October August 20th 2007.
If no specific date, give the time period: Date started: _____ Through: _____
c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) Due to agreed amount per making a Contract

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

Revised January 1, 2007        **Plaintiff's Claim and ORDER**        SC-100, Page 2 of 5
                               **to Go to Small Claims Court**              →
7409-2  1/07                          (Small Claims)

Plaintiff (list names): _____

Case Number: **4075(025522**

(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this? ☒ Yes ☐ No
If no, explain why not: _____

(5) Why are you filing your claim at this courthouse?
This courthouse covers the area (check the one that applies):
a. ☒ (1) Where the Defendant lives or does business.
      (2) Where the Plaintiff's property was damaged.
      (3) Where the Plaintiff was injured.
      (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived or did business when the Defendant made the contract.
b. ☒ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer of contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)
c. ☒ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civil Code, § 1812.10.)
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civil Code, § 2984.4.)
e. ☐ Other (specify): _____

(6) List the zip code of the place checked in (5) above (if you know): **7S113**

(7) Is your claim about an attorney-client fee dispute? ☐ Yes ☒ No
If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here: ☐

(8) Are you suing a public entity? ☐ Yes ☒ No
If yes, you must file a written claim with the entity first. ☐ A claim was filed on (date): ____
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

(9) Have you filed more than 12 other small claims within the last 12 months in California?
☐ Yes ☒ No   If yes, the filing fee for this case will be higher.

(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.
I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: **7-22-07**   **Michael Cook**
Plaintiff types or prints name here    Plaintiff signs here

Date: ____
Second Plaintiff types or prints name here    Second Plaintiff signs here

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, Request for Accommodations by Persons With Disabilities and Order. (Civil Code, § 54.8.)

Revised January 1, 2007

**Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims)

SC-100, Page 3 of 5 →

TOTAL P.04