1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
   150 Almaden Boulevard, Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5044
6  Facsimile:  (408) 535-5081

7  Attorneys for Federal Defendant
   Jacob Perez

**FILED**

2007 NOV 30  P 2: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA, S.J

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL COOK,

    Plaintiff,

v.

JACOB PEREZ,

    Defendant.

Case No. C07 06068 RS

CERTIFICATION PURSUANT
TO 28 U.S.C. § 2679(d)

I, Joann M. Swanson, hereby certify as follows:

1. I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to written delegation from Scott N. Schools, the duly appointed United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

///

///

///

Certification Pursuant to
28 U.S.C. § 2679(d) - Perez           1

2. I have reviewed the complaint in the above-captioned action. On the basis of that complaint and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that defendant Jacob Perez was acting within the course and scope of his employment with the Social Security Administration.

Dated: November 30, 2007

JOANN M. SWANSON
Chief, Civil Division

Certification Pursuant to
28 U.S.C. § 2679(d) - Perez

2