# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF REMOVAL OF CIVIL ACTION (SMALL CLAIMS);**
**NOTICE OF REMOVAL;**
**CERTIFICATION PURSUANT TO 28 U.S.C. SECTION 2679(d);**
**CIVIL COVER SHEET;**
**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES**

**MICHAEL COOK v. UNITED STATES OF AMERICA**
**NO: C 07-06068 RS**

to be served this date upon the party(ies) as follows:

√    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

**Michael Cook**
**California State Prison**
**P.O. Box 290066**
**Represa, CA 95676**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of November, 2007, at San Francisco, California.

/s/
_____
Mimi Lam
Legal Assistant