Proof of Service by Mail

The foregoing Motion i am certifying has been mailed to the following addresses(s)

U.S District Court
280 S. First
Street Room 2112
San Jose CA
95113

James A Scharf
United States attorney
150 Almaden
Blvd, Ste 900
San Jose CA
95113

Date 12-5-07   x [signature]

Filed
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE