N° TO The Court Clerk Date 12-11-07

I am notifieing the Court of a
Change of address. I have been
transfered to kern valley State prison,
located in Dalano CA. I am
requesting that the defendants
Counsel be notified of this
transfer, and Change of address

Thank you

Filed

DEC 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Michael Cook
plaintiff

Note
Plaintiff at the time
Cook