Date 12-18-07

FILED

2007 DEC 26 P 2:12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

To: The United States District Court Clerk.

I am writing to relay a change of address in regards to the matter of Cook v United States of America Case # C07 06068 RS. Plaintiffs new address is as follows

KVSP P.O Box 5104
Delano CA
93216

Thank you

Sincerely

Michael Cook