In The Matter of Cook v USA

In THE United States District Court Northern district of California

Stipulation of Out of Court Settlement

I. plaintiff would like to bring before the Court a Copy of the Motion to the defendant for a partial out of Court Settlement. Plaintiff was granted a waiver of Recovery of a alledged overpayment. Thus Establishing SSA's waiver of there right to recover the alledged overpayment.

II. This Check was mailed in the Month of December 2002. The Check was returned to the defendant unnegotiated, or indorsed.

III Due to the fact that the defendant has waived there rights to any claims of defense pertaining to the instrument. Plaintiff is now requesting that the defendant forward the Check to the current address that plaintiff resides. As this Check is rightfully Plaintiffs Property.

I Michael Cook hearby swear by the penalty of perjury that the forgoing is true and correct and can hearby testifie to this if called apon to do so.

Executed this 19th day of December 2007.

Michael Cook Plantiff in Prose