```
MICHAEL COOK,                    )
                                 )
         Plaintiff,              )
                                 )    DECLARATION OF
                                 )    WILLIAM ZUROFF
                                 )
    v.                           )
                                 )
JACOB PEREZ,                     )
Agent, Social Security Administration, )
         Defendants              )
                                 )
_____  )
```

I, William Zuroff, hereby declare and state as follows:

1. I am a Management and Program Analyst for the Social Security Administration (SSA). In the course of my duties, I have access to certain records, documents, and other information established and maintained by SSA. This declaration is based upon records, documents, and information relative to Michael Cook, Social Security Number 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.

2. Mr. Cook became entitled to Supplemental Security Income (SSI) payments in March 1999.

3. Mr. Cook became ineligible for SSI payments effective with October 2002 due to being incarcerated in a penal institution.

4. Mr. Cook was overpaid $3,336.78 from his periods of ineligibility.

5. SSA reviewed his overpayment decision and issued a revised determination

concerning the overpayment on February 27, 2007. A notice was issued to Mr. Cook advising him of this revision and included administrative appeal rights.

6. On April 9, 2007, Mr. Cook filed a request for reconsideration on the revised decision.

7. As a result of the reconsideration request filed by Mr. Cook, SSA waived the full overpayment of $3,336.78 against him. SSA issued a notice on July 27, 2007, notifying Mr. Cook of the decision to waive the overpayment. This notice included language informing Mr. Cook of the next administrative step in the appeal process, filing a request for a hearing before an Administrative Law Judge (ALJ).

8. On September 14, 2007, Mr. Cook sent SSA a letter requesting an ALJ hearing based on the letter he received dated July 27, 2007. A decision has not been made on this request.

9. In order to exhaust his administrative remedies, Mr. Cook must receive a decision from an ALJ, and, if the ALJ denies his claim, he must request review of the ALJ decision by the Appeals Council. Until Mr. Cook as received an ALJ decision and review by the Appeals Council, he has not exhausted his administrative appeal rights.

///

///

///

10. The hearing request is pending assignment to an ALJ; thus, it has not been dismissed.

I declare under penalty of perjury that I have reviewed the statements above and they are true and correct.

DATE: December 5, 2007

_William C. Zuroff_
William Zuroff
Management & Program Analyst
Social Security Administration
Center for Program Support
Region IX, San Francisco