Proof of Mailing

I Michael Cook hereby certify that the enclosed Motion was also forwarded or Mailed to the following address.

James A Scharf
Assistant
United States attorney
150 Almaden Blvd, 4th Floor San Jose CA
95113

Filed
JAN 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[signature]

Date 12-28-07