United States District Court Northern District of California

**Filed**

JAN 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NC

Time: N/A
Location: Courtrm 4, 5th Flr
Judge Richard Seeborg
CASE NO C07068RS
C07-06232RS
(consolidated)

Motion for Shortening of time and Date to hear Motions

1. Plaintiff brings this Motion before the Court requesting a Shortening of time to hear the Motions filed Summary of Judgement, and Motion to Dismiss, and opposing Motion to Dismiss. Plaintiff is request January 10th 2008 or any Date near in accordance with the Courts Schedule.

I Michael Cook hearby swear by the penalty of perjury that the forgoing is true and correct, and can hearby testifie to this if called apone to do so.

Executed this 28th day of December 2007.

Michael Cook