Copy #2
To original
Motion

Filed
JAN 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In THE U.S District Court Northern District of California
Cook v Perez No C07068RS
No. C07-06232 RS consolidated

Motion for Motion for Summary Judgement, and Motion of opposition to be herd before 20 days.

1. Plaintiff brings this Motion before the Court requesting that the Motion for Summary of Judgement filed by the plaintiff and the Motion opposing defendants Motion to dismiss, be herd sooner than the 1-23-07 date as scheduled.

2. Plaintiff is requesting that those Motions be herd on 1-10-07 This Concludes this Motion.
   Respectfully Submitted by
   [signature]
   Michael Cook

I Michael Cook Plaintiff in the Action here by swear by the penalty of perjury that the Forgoing is true and correct and can hearby testify to this if called apone to do so.

[signature]

Date 12-28-07