Certificate of Mailing.

I Michael Cook hereby certify that the following documents were mailed to the defendant's counsel at the following address.

U.S Department of Justice
James A. Scarf
Assistant United States Attorney 150 Almaden Blvd., 9th floor
San Jose CA
95113

Date 12-28-07

Michael Cook

Filed
JAN 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE