In The united states District Court for The Northern District of California

location U.S. District Court 4, 5th floor
time 9:45 am
Date
Judge Honorable Richard Seeborg

Filed
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CASE NO C07 06232

Summary Judgment

Plaintiff brings this Motion before the Court, Expressing the following Facts of Law.

1. Plaintiff at the time holds legal title to the instruments Stated in Exhibit # 1

2 Plaintiff also at the present time is in constructive possession of the documented instruments.

3 Plaintiff [illegible] a [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] received.

4 The [illegible] were [illegible] [illegible] not legally endorsed or negotiated back to the defendant.

5. Per Statute, prior to any recovery plaintiff has a property right to receive a hearing [illegible] the hearing issue plaintiff is entitled to the full release of [illegible] instruments that the defendant [illegible] contract agreement. Social Security Act 204(b), 42 U.S.C.A. 404(b); Social Security administration regulations 404.506 et seq., 42 U.S.C.A.

6. It is plaintiff's plea to the Court, that due process is flexible, and that plaintiff has an absolute right to dominion of personal property [illegible]

7. It is now plaintiff's [illegible] that the Court order the [illegible] and all interest [illegible] the plaintiff at the current address [illegible].

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

[illegible]

That the [illegible] of the Court [illegible] and [illegible] hereby [illegible] called [illegible] So, Executed this [illegible] of January [illegible]

[illegible]

[illegible]

James A Schaf

[illegible]

Attorney U.S. [illegible]

150 Almaden

[illegible]

San Jose [illegible]

Dated [illegible]

[illegible]

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

35 34769