**United States District Court**
For the Northern District of California

**\*E-FILED 1/15/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COOK, | NO. C 07-06068 RS |
| Plaintiff, | **ORDER RE HEARINGS** |
| v. | |
| JACOB PEREZ, | |
| Defendant. | |

Unless otherwise specifically ordered, all motions in this action or in any of the actions that have been determined to be a "related case" hereto, shall be deemed submitted for decision without oral argument pursuant to Civil Local Rule 7-1(b) on the dates such motions are noticed for hearing. The parties shall continue to comply with the Civil Local Rules with respect to setting hearing dates for any and all motions, because setting hearing dates allows the parties and the Court to calculate when briefing is due, but it will be understood that no appearances on such hearing dates will be expected or permitted.

IT IS SO ORDERED.

Dated: January 15, 2008

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Michael Cook
T-79529
Kern Valley State Prison
California State Prison
Post Office Box 5104
Dalano, CA 93216

**Dated: 1/15/08**                                        **Richard W. Wieking, Clerk**

                                                          **By:        Chambers**

ORDER RE HEARINGS
C 07-06068 RS

2