Date 5-6-08

To The Court Clerk Richard Wienking,

I have filed with the U.S District Court two filings which were related to previous filings 5050 RS. I have yet to receive a copy of these cases being filed. I am unknowledgable of what procedure occures in regards to cases being filed that were filed previously without prejudice. I am requesting information pertaining to this matter. In closing thank you for your time.

Sincerely,

Michael Cade

Date 5-7-08

To The Court Clerk, Richard W Wieking

I have been notified by the Ninth Circut Court of Appeals that I have filed more than one Petition for writ of habeas corpus in the U.S District court, also the Ninth Circut Court of appeal.

I am requesting that a thrid investigation or research take place, as i have not filed any other Petitions for writ of habeas Corpus except for Cook V A.K schribner. I have been told in a notice by the ninth circut court of appeals that my appeal to the ninth Circut, in Regards to the matter of Cook V A.K schribner will not be entertained because of these findings that other petitions for writ of habeas corpus were filed in the U.S District court During the month and year of April-2003. This Statement is false. I am now requesting your attention and Correspondence to this matter

Thank you Sincerely
Michael Cook