RE COOK V KNOWLES    Date 5-15

ON Writ of habeas Corpus  007 6008 RS

RECEIVED

MAY 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO The Court Clerk,

First district Court of Appeal. I
am at the time writing to request
a Copy of The writ of habeas
Corpus filed with this Court In the
Month of March 2008, as all legal
property has been lost, or misplaced
as of 5-15-08. I am requesting
a Copy of the actual writ, and
all included Exhibits. In Closing thank
you for your time.

Sincerely [signature]
Petitioner,

NOTE

CASE # also appeal # is unavailable due
to loss of property. I am requesting if
Need be the Clerk of the Court of
Appeal phone a SEARgant DAY at Kern
valley State prison Facility B-1 to
verifie this loss of legal property.